JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA DAVILLIER, | Case No.: CV 09-8256 DSF (PLAx) |
| Plaintiff, | |
| vs. | |
| RONALD DAVID PERLSTEIN and JUDITH ELLEN, CO-TRUSTEES OF THE PERLSTEIN TRUST OF 1982 DATED 2/1/82, RESTATED; DANCO, INC., ENTRUST ADMINISTRATION, INC. FBO ACCT #E0391 AS TO 64% AND ACCT #E11026 AS TO 36.00%; MARY NAVARRO; STEPHANIE CORTEZ; SAVVY ESCROW WORKS, INC.; SHERRI FOX; WESTERN FIDELITY TRUSTEES; and KATHLEEN DIMEO HERRERA, | JUDGMENT |
| Defendant(s). | |

A motion to dismiss the first amended complaint has been presented in this action. The Court, the Honorable Dale S. Fischer, District Judge, Presiding, ordered that the Racketeering Influenced and Corrupt Organizations Act ("RICO") claim be dismissed without leave to amend as to all defendants, and that supplemental jurisdiction over the state law claims be declined. The arguments

having been presented and fully considered, the issues having been heard, and a decision having been rendered,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the RICO claim be dismissed with prejudice, the other claims be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: __4/12/10_____

_____
Dale S. Fischer
United States District Judge

2